# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETRILLE WIND P.C., | |
| Plaintiff, | |
| v. | CIVIL ACTION |
| LIBERTY INSURANCE UNDERWRITERS, INC., | NO. 14-06657 |
| Defendant. | |

## ORDER

**AND NOW** this 29th day of January, 2015, upon consideration of defendant Liberty Insurance Underwriters, Inc.'s notice of removal (Doc. No. 1), plaintiff Petrille Wind P.C.'s complaint (Doc. No. 1-1) and plaintiff's answer to defendant's motion to dismiss (Doc. No. 6), **IT IS HEREBY ORDERED** that this case is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania.

/s/ William H. Yohn Jr.
William H. Yohn Jr., Judge